**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
SECOND AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **VIVIAN CUBENAS**    CASE NO. **11-41150-BKC-LMI**
Last four digits of SS No. 4251

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$433.85** for months **1** to **59,** beginning **December 8, 2011;**

B. **$182.85** for month **60,** beginning **November 8, 2016;** in order to pay the following creditors:

**Administrative**: Attorney's Fees: $4,425.00 (SAFE HARBOR; Base-$3,500.00, Cost-$150.00, Motion to Value Real Property-$775.00); Paid Fees: $1,500.00; Balance Due: $2,925.00; payable $132.96/mo. (Mos. 1 to 22)

**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**


1. BANK OF AMERICA (1st Mtg Homestead Prop. - 15090 SW 49 Lane, #E, MF 33185)
Post Office Box 650070   The account with this creditor will be treated outside the
Dallas, TX 75265         Chapter 13 Plan.
Acct #7338


2. LAKES OF THE MEADOW VILLAGE HOMES (Maintenance - Homestead Prop. - 15090 SW 49 Lane, #E, MF 33185)
c/o David L. Brough      Regular Payment; $251.00/mo. (Mos. 1 to 59)
1900 N. Commerce  Parkway
Ft. Lauderdale, FL 33326


**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**


1. **WELLS FARGO (Acct #7958)** - PAYOFF OF A 2007 Mazda 3 and warranty, if applicable, $4,665.54; Payment; $6.51/mo. (Mos. 1 to 22) and $139.47/mo. (Mos. 23 to 59) [payments include 5.25% interest]


**Priority Creditors**: [As defined in 11 U.S.C. Section 507]


**NONE**



    LF-31 (rev. 01/08/10)

**Unsecured Creditors**: Payable: $164.57/mo. (Mo. 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS: All mortgage companies shall continue to send the debtor(s) the regular monthly invoices.**

**OTHER PROVISIONS**: **All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.**

**SPECIAL PROVISION**: **Pursuant to Section 521 (f)(1), the Debtor(s) shall provide a copy of each federal income tax return to the Chapter 13 Trustee required under applicable law, with respect to each tax year of the Debtor ending while the case is pending under such chapter.**

Dated: July 9, 2012

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 9th day of July, 2012.

                                Law Offices of Michael J. Brooks,
                                Michael A. Frank,
                                & Rodolfo De La Guardia
                                Attorney for Debtor(s)
                                10 N.W. LeJeune Road, Suite 620
                                Miami, FL  33126-5431
                                (305) **443-4217**
                                Pleadings@bkclawmiami.com


                                By /s/_____
                                Michael J. Brooks
                                Florida Bar No. 434442

LF-31 (rev. 01/08/10)