UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-41150-BKC-LMI
CHAPTER 13

IN RE:
VIVIAN CUBENAS
    Debtor.
_____/

**DEBTOR'S NUNC PRO TUNC MOTION TO VALUE COLLATERAL OF LAKES OF THE MEADOW VILLAGE HOMES MASTER MAINTENANCE ASSOCIATION, INC., AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claims of the creditors listed below**.

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 calendar days from the date this Motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment or any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3 the Debtor seeks to value real property securing the claim of Lakes of the Meadow Village Homes Master Maintenance Association, Inc., who holds liens recorded on October 17, 2007 at OR Book 25992 at Page 4109 and a lien recorded on March 16, 2010, in OR Book 27214 at Page 3802, in the official records of Miami-Dade County, Florida.

2.    The real property is located at 15090 Southwest 49th Lane, Unit E104, Miami, FL 33185, and is more particularly described as follows:

**UNIT NO. E BUILDING 104 OF LAKES OF THE MEADOW VILLAGE HOMES CONDOMINIUM  NO. EIGHT, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OR BOOK.**

3.   At the time of the filing of this case, the value of the real property is $100,000.00, as determined by the Debtor's knowledge and belief.

4.   Bank of America, N.A., holds a lien on the real property, a first mortgage recorded on April 20, 2007 at OR Book 25554 at Pages 1768-1786, in the Official Records of Miami-Dade County, Florida, senior to priority to Lender, Lakes of the Meadow Village Homes Master Maintenance Association, Inc., securing claims in the aggregate amount of $215,873.00.

5.   (Select only one):

  X   Lien holder, Lakes of the Meadow Village Homes Master Maintenance Association, Inc., collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of the Lender, Lakes of the Meadow Village Homes Master Maintenance Association, Inc., secured interest in the real property is $0.

  __   collateral is not solely the debtor principal residence.  After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ remaining in the real property.  Accordingly, the value of the Lender's secured interest in the real property is $ and the value of the Lender's unsecured, deficiency claim is $.

6.   The undersigned has reviewed the docket and claims register and states (select only one):

___ has not filed a proof of claim.  The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a Proof of Claim is timely filed, it shall be classified as a general secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the Proof of Claim as filed.

_X_ Lien holder, Lakes of the Meadow Village Homes Master Maintenance Association, Inc., has filed a proof of claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further Order of the Court.

WHEREFORE, the Debtor respectfully requests an Order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining that the secured status of the Lender's liens as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's, Lakes of the Meadow Village Homes Master Maintenance Association, Inc., liens recorded on October 17, 2007 at OR Book 25992 at Page 4109 and a lien recorded on March 16, 2010, in OR Book 27214 at Page 3802, in the official records of Miami-Dade County, Florida, on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this Chapter 13 Case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT**:

    1.    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee, Nancy Neidich, at least two (2) business days prior to the hearing scheduled on this motion, the value of the collateral may be established at the amount as stated above without further notice, hearing or Order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

    2.    The undersigned acknowledges that this Motion and the Notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion to Value Collateral was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com  and those set forth in the NEF, this 18th day of February 2016, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Lakes of the Meadow Village Homes Master Maintenance Association, Inc., c/o Brough, Chadrow & Levine, P.A., 1900 N. Commerce Parkway, Weston, FL 33326 and Lakes of the Meadow Village Homes Master Maintenance Association Inc., Attn: Zaida Reyes, President, 106314 N. Kendall Drive, #1202, Miami, FL 33176.
.

                          LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                                & RODOLFO H. DE LA GUARDIA, JR.
                                Attorneys for the Debtors
                                Suite 620 • Union Planters Bank Building
                                10 Northwest LeJeune Road #620
                                Miami, FL  33126
                                Telephone      (305) 443-4217
                                Email- Pleadings@bkclawmiami.com


                              By   /s/ Michael A. Frank
                                    Michael A. Frank
                                    Florida Bar No. 339075