UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO. 11-41150-LMI

In Re:
VIVIAN CUBENAS,

CHAPTER 13

Debtor.
_____/

### CREDITOR, LAKES OF THE MEADOW VILLAGE HOMES MASTER MAINTENANCE ASSOCIATION INC. OBJECTION TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN AND CHAPTER 13 PLAN

The Creditor, LAKES OF THE MEADOW VILLAGE HOMES MASTER MAINTENANCE ASSOCIATION, INC., files this its Objection to Creditor's Motion to Value and Determine Secured Status of Lien and Chapter 13 Plan and moves this Court to deny this motion and in support states:

1. The Creditor is (hereinafter referred to as Association) a Homeowners Association as defined by Florida Statute 720 and their Declaration of Covenants and Restrictions.

2. The Declaration of Covenants and Restrictions is a covenant which runs with the land and the secured claim derives from the maintenance of the debtors property provided for the benefit of the property and the debtor.

3. The property that is part of this bankruptcy estate is property with an appurtenant share of the common elements of Association and the Association maintains the common elements and cannot separate the debtors share of common elements from that which is maintained, therefore the association is maintaining property of the bankruptcy estate and therefore contributing to the value of this estate by maintaining the common elements appurtenant to the property.

4. The contractual rights of the Association are governed by the Declaration of Covenants and Restrictions which provide in pertinent part:

All such Assessments, together with interest or delinquency fees thereon, reasonable attorneys' fees, whether suit be brought or not, and costs at both trial and appellate levels, incurred by the Association in connection thereof, shall be a charge and continuing lien upon the Lot against which each such Assessment is made.

5. Debtor's Second Amended Chapter 13 plan was approved by this Court on July 20, 2012 and did include monies owed to this creditor.

6. The Debtor filed a Motion to Value Lakes of the Meadow Village Homes Master Maintenance Associations claim more than three years after the claim was included in the approved plan.

7. Debtor 11 U.S.C. 1327 (a) states : The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan.

8. The Debtor's Motion should be barred both by the doctrine of waiver and laches due to the claim being part of the plan, the length of time elapsed and her failure to timely file said Motion to Value Collateral.

9. Creditor should be awarded attorney's fees pursuant to Florida Statute 720 and the Declaration of Covenants and Conditions.

WHEREFORE, creditor moves this Honorable Court for an Order to:
a) deny Debtors Motion to Value and Determine Secured Claim
b) allow creditors entire secured claim,
c) any and all other relief deemed just.

Case No. 11-41150-BKC-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am I compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of Creditor, Lakes of the Meadow Village Homes Master Maintenance Association, Inc.'s, Objection to Debtor's to Debtor's Motion to Value and Determine Secured Status of Lien and Chapter 13 Plan, was sent via electronic mail to: Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com and Michael A. Frank, Esq., Attorney for the Debtors, Law Offices of Michael J. Brooks, Michael A. Frank & Rodolfo H. De La Guardia, Jr., 10 NW LeJeune Road, #620, Miami, FL 33126, Pleadings@bkclawmiami.com

JOYCE GOODMAN-GUENTHER, P.A.
Attorney for Creditor, Lakes of the Meadow Village Homes
Master Maintenance Association, Inc.
10723 S.W. 104 Street
Miami, Florida 33176
Telephone: (305) 274-5668
Facsimile: (305) 273-0339
Primary email: jgg@jgguentherlaw.com
Secondary email: ar@jgguentherlaw.com

By: s/ Joyce Goodman-Guenther
JOYCE GOODMAN-GUENTHER, ESQ.